### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**JOSEPH LINDSEY KOCHIE MASON**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR 21 2008
AT_____ O'CLOCK
Lawrence K. Baerman Clerk - Syracuse

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:08-CR-50 (GHL)**

___Robert Bogdan, Esq___
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count(s)  1 as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Ability Impaired in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: October 11, 2007**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $505.00, payable no later than July 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

_____April 16, 2008_____
Date of Imposition of Sentence

_____April 19, 2008_____
DATE SIGNED

_____George H. Lowe_____
GEORGE H. LOWE
U.S. Magistrate Judge